## Caroline L. Cameron v. George W. Bentley and another.

*Remedy: Writ of error.* A writ of error will not lie to review proceedings in the circuit upon an appeal from an order of the probate court denying a petition for the appointment of the mother as guardian of her minor children; the proceeding is not one according to the course of the common law.—*Holbrook v. Cook, 5 Mich., 225; Conrad v. Button, supra, p. 365.*

*Heard and decided January 16.*

Error to Calhoun Circuit.

Mrs. Cameron applied in the probate court to be appointed guardian of her minor children, and her application being there denied, she appealed to the circuit. The circuit judge dismissed the appeal for want of jurisdiction because of the insufficiency of the bond, and Mrs. Cameron brought the case to this court on writ of error.

*Brown & Patterson,* for plaintiff in error.

*Noyes & Porter* and *John C. Fitzgerald,* for defendants in error.

THE COURT held that a writ of error would not lie to review such proceedings, citing *Holbrook v. Cook, 5 Mich., 225,* and *Conrad v. Button, supra, p. 365.*

Writ dismissed.